UNITED STATES of America, Plaintiff–Appellee,

v.

Luis HERNANDEZ–HERRERA, Defendant—Appellant.

No. 01–10660.

D.C. No. CR–01–00479–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

Serra Marie Tsethlikai, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Randolfo Lopez, Tucson, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Luis Hernandez–Herrera appeals the judgment of conviction and 46–month sen-

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tence, imposed pursuant to his guilty plea for illegal reentry after removal, with an enhancement for a prior aggravated felony conviction, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Herrera's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Hernandez–Herrera has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2). Accordingly, Appellant's request for oral argument is denied.

∗∗ This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.